In the Matter of the Application of NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent; OLA C. COOL, Doing Business under the Name of LABOR RELATIONS INSTITUTE, Appellant.

Argued May 17, 1945; decided June 14, 1945.

854

*Lazarus Joseph, Jacob S. Demov, Isaac Ben Greenman, Charles L. Grad* and *Louis C. Paley* for appellant.

*A. Lincoln Lavine, Edwin M. Otterbourg, Stanley H. Schindler* and *George R. Adams* for respondent.

Order affirmed, with costs. Question certified answered in the negative. We are of opinion that the petition states facts sufficient to constitute a cause of action. Accordingly, we do not reach the question whether injunctive relief may be granted. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.